OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 We agree with the court below that the trial court did not abuse its discretion when it denied defendant’s requests to reopen the
 
 Wade
 
 hearing during the course of the trial. A trial court may reopen a pretrial hearing if it “is satisfied, upon a showing by the defendant, that additional pertinent facts have been discovered by the defendant which he could not have discovered with reasonable diligence before the determination” of his pretrial application. (CPL 710.40, subd 4.) Here, defendant failed to establish any such pertinent facts in support of his motions at trial which would justify the reopening of the
 
 Wade
 
 hearing. Thus, the trial court committed no error when it refused defendant’s requests to reopen the hearing.
 

 We have considered defendant’s remaining contentions and have found them to be without merit.
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur.
 

 Order affirmed in a memorandum.